[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11648
Non-Argument Calendar

_____

D. C. Docket No. 92-00082-CR-008-CAR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CALVIN BOYD,
a.k.a. Mee Tee,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 27, 2009)

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Calvin Maurice Boyd, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v.California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and we **AFFIRM** the district court's partial denial of Boyd's 18 U.S.C. § 3582(c)(2) motion.